IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|   |   |
|---|---|
| AARON GOINS *et al.*, | ) |
| | ) |
| *Plaintiffs/Counter-Defendants*, | ) |
| | ) |
| v. | ) No. 1:19-cv-00489-LCB-JLW |
| | ) |
| TITLEMAX OF VIRGINIA, INC. *et al.*, | ) |
| | ) |
| *Defendants/Counter-Claimants*. | ) |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AND SECOND MOTIONS TO AMEND/CORRECT SPELLING OF CERTAIN NAMED PLAINTIFFS (ECF NOS. 21 & 26)

Defendants/Counter-Claimants TitleMax of Virginia, Inc., TitleMax of South Carolina, Inc., and TMX Finance of Virginia, Inc. (collectively, "TitleMax") do not oppose Plaintiffs' Motion to Amend/Correct Spelling of Certain Named Plaintiffs (ECF No. 21) or Second Motion to Amend/Correct Spelling of Certain Named Plaintiffs (ECF No. 26). Indeed, TitleMax would have consented to that relief if Plaintiffs had requested TitleMax's position before filing their Motions to Amend/Correct.

TitleMax does note, however, that the Motions to Amend/Correct appear to be both over- and under-inclusive.

They are over-inclusive because Plaintiffs seek leave to change the spellings of four names but then propose to spell those four names the same

ways they are already spelled in the Complaint. The four Plaintiffs for whom the Motions to Amend/Correct appear to be moot are Chimaobi Madubuike, Jasmine Mayham, Letitia Grant, and Sabrina Elliott. *Compare* Compl. Caption (listing "Chimaobi Madubuike," "Jasmine Mayham," "Letitia Grant," and "Sabrina Elliott"), ECF No. 1-1, at 2–4, *with* First Mot. Amend/Corr. at 1–2 (seeking leave to change spellings to "Chimaobi Madubuike," "Jasmine Mayham," "Letitia Grant," and "Sabrina Elliott"), ECF No. 21.

The Motions to Amend/Correct appear to be under-inclusive because Plaintiffs have not requested leave to fix the spellings of seven names that this Court identified as being incorrect or misspelled in the Complaint. *See* Order Summary In-Camera Documents at 2–3, ECF No. 14. Those seven Plaintiffs are Candice Perkins, Jfffrey Hankins, Kalisa Johnson, Lakeesha Redd, Shenita Melton, Kajuane Rorie, and Robert Tillman. *Id.*

2

Case 1:19-cv-00489-LCB-JLW   Document 33   Filed 10/16/19   Page 2 of 4

Respectfully submitted this the 16th day of October, 2019.

        **WOMBLE BOND DICKINSON (US) LLP**

        /s/ Samuel B. Hartzell
        Christopher W. Jones, N.C. Bar No. 27265
        Samuel B. Hartzell, N.C. Bar No. 49256
        Scott D. Anderson, N.C. Bar No. 49044
        555 Fayetteville St., Suite 1100
        Raleigh, NC  27601
        Telephone: (919) 755-8173
        Facsimile: (919) 755-6180
        Email: Chris.Jones@wbd-us.com
               Sam.Hartzell@wbd-us.com
               Scott.D.Anderson@wbd-us.com

*Counsel for Defendants/Counter-Claimants TitleMax of Virginia, Inc., TitleMax of South Carolina, Inc., and TMX Finance of Virginia, Inc.*

## CERTIFICATE OF WORD COUNT

I certify under Local Rule 7.3(d)(1) that the body of this brief, headings, and footnotes together contain 245 words, as reported by the word count feature in Microsoft Word 2016.

This the 16th day of October, 2019.

      /s/ Samuel B. Hartzell
      Samuel B. Hartzell

## CERTIFICATE OF SERVICE

I certify that I electronically filed this Response to Plaintiffs' First and Second Motions to Amend/Correct Spelling of Certain Named Plaintiffs (ECF Nos. 21 & 26) with the Clerk of Court using the CM/ECF system.

This the 16th day of October, 2019.

      /s/ Samuel B. Hartzell
      Samuel B. Hartzell

4

Case 1:19-cv-00489-LCB-JLW   Document 33   Filed 10/16/19   Page 4 of 4