IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AARON GOINS et al., | ) |
| Plaintiffs/Counter Defendants, | ) |
| v. | ) Civil Action No. 19-cv-489 |
| TITLEMAX OF VIRGINIA, et al., | ) |
| Defendants/Counter Claimants. | ) |

**PLAINTIFFS' BRITTANY CALLAHAN, RODNEY COBIA, JOHNNY HARDIS-ION, ELLA MANNS, CEDRIC MOSES AND CRYSTAL OWENS MOTION TO DISMISS**

NOW COME Plaintiffs/Counter Defendants Brittany Callahan, Rodney Cobia, Johnny Hardison, Ella Manns, Cedric Moses and Crystal Owens (the "Moving Plaintiffs") through their counsel, and respectfully move the Court for an Order to dismiss the Complaint in this matter without prejudice. This Motion is supported by the Memorandum in Support of the Motion to Dismiss filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully move the Court for an Order dismissing both the Complaint in this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

1

This is the 23rd day of January, 2020

*/s/ Andrew H. Brown*
Andrew H. Brown
N.C. State Bar No. 28450
Attorney for Plaintiffs

**FOR THE FIRM:**

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**.
822 North Elm Street, Suite 200
Greensboro, NC 27401
(336) 458-0058 (telephone)
(336) 273-5597 (facsimile)
drew@greensborolawcenter.com

# CERTIFICATE OF SERVICE

      This is to certify that on January 23, 2020, a copy of the foregoing was filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

Christopher W. Jones (Chris.Jones@wbd-us.com)
Samuel B. Hartzell (Sam.Hartzrll@wbd-us.com)
Scott D. Anderson (Scott.D.Anderson@wbd-us.com)

                                    */s/ Andrew H. Brown*
                                    Andrew H. Brown
                                    N.C. State Bar No. 28450
                                    Attorney for Plaintiffs

**FOR THE FIRM:**

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**
822 North Elm Street, Suite 200
Greensboro, NC 27401
(336) 458-0058 (telephone)
(336) 273-5597 (facsimile)
drew@greensborolawcenter.com