IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AARON GOINES et al., )<br>)<br>    Plaintiffs/Counter Defendants, )<br>)<br>v. )<br>)<br>) <br>)<br>TITLEMAX OF VIRGINIA, et al., )<br>)<br>    Defendants/Counter Claimants. ) | Civil Action No. 19-cv-489 |

### PLAINTIFFS' LOCAL RULE 7.3(I) SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY

Now comes Plaintiffs and files these published subsequent authorities and decisions of the North Carolina Court of Appeals entered today. Consistent with the Rule, Plaintiffs are not attaching a copy of the opinions but they are available on the North Carolina Court of Appeals website.

Wall, et.al. v. AutoMoney, Inc. (22-NCCOA-498, 19 July 22)

Troublefield v. AutoMoney, Inc. (22-NCCOA-497), 19 July 22)

This is the 19th day of July, 2022

                                                             */s/ Andrew H. Brown*
                                                             Andrew H. Brown
                                                             N.C. State Bar No. 28450
                                                             Attorney for Plaintiffs

**FOR THE FIRM:**

**BROWN, FAUCHER, PERALDO & BENSON, PLLC.**
822 North Elm Street, Suite 200
Greensboro, NC 27401

1

(336) 458-0058 (telephone)
(336) 273-5597 (facsimile)
drew@greensborolawcenter.com