IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AARON GOINS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:19CV489 |
| ) | |
| TITLEMAX OF VIRGINIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

For the reasons set forth in an Order filed contemporaneously with this Judgement,

**IT IS HEREBY ORDERED AND ADJUDGED** that that Kathy Bratton-Harbison, Lindsay Currie, Sandra Darrisaw, Tamera Davis, Lauren Grimsley, Charlene Harris, Linda Hedrick, Antoinette Jackson, Michael Kevin Jones, Jermale Keys, Jamorris Singleton, and Wille Warren's Motion to Enforce Award and Enter Judgment, and for Attorneys' Fees and Interest, (ECF No. 161), is **GRANTED.** Defendant TitleMax of Virginia, Inc., is **ORDERED** to pay to the named Plaintiffs the damages as laid out in the Arbitrator's Final Award, (ECF No. 162-1 at 5), which sum is due and payable immediately upon filing of the Judgment.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant TitleMax of Virginia, Inc. pay post-award prejudgment interest on the compensatory damages portion of each award at the North Carolina legal rate of eight percent, for the time between the issuance of the Final Award, December 13, 2021, and the date of entry of this Judgment, as well as post-judgment interest at the federal statutory rate, which sum is due and payable immediately upon filing of the Judgment.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs shall submit an itemized bill of costs and attorneys' fees as ordered herein within fourteen (14) days of the entry of this Order.

This, the 17th day of August 2022.

/s/ Loretta C. Biggs
United States District Judge