IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AARON GOINS et al., )<br>)<br>Plaintiffs/Counter Defendants, )<br>)<br>v. )<br>)<br>)<br>TITLEMAX OF VIRGINIA, et al., )<br>)<br>Defendants/Counter Claimants. ) | Civil Action No. 19-cv-489 |

## WITHDRAW OF PLAINTIFFS' MOTION TO SHOW CAUSE OR FOR CONTEMPT FOR FAILURE TO PARTICIPATE IN AAA ARBRITRATIONS

NOW COME PLAINTIFFS Cynia Anderson, Hazel Gilliam, Dorothy Ransom, Jennifer Sergeant, Gloria Calhoun and Gregory Sloan, through their counsel, and withdraws this motion without prejudice. TitleMax finally paid the AAA fees it was required to pay. (see attached as Exhibit A)

This is the 15th day of November, 2022

/s/ Andrew H. Brown
Andrew H. Brown
N.C. State Bar No. 28450
Attorney for Plaintiffs

**FOR THE FIRM:**

**BROWN, FAUCHER, PERALDO & BENSON, PLLC.**
822 North Elm Street, Suite 200
Greensboro, NC 27401
(336) 458-0058 (telephone)
(336) 273-5597 (facsimile)
drew@greensborolawcenter.com

1