**Drew Brown**
_____

**From:** Consumer Case Filing Team <ConsumerFiling@adr.org>
**Sent:** Tuesday, November 15, 2022 10:36 AM
**To:** Will.Farley@troutman.com; adrienne.rowberry@titlemax.com
**Cc:** Consumer Case Filing Team; Drew Brown
**Subject:** RE: Hazel Gilliam v. TitleMax of South Carolina, Inc. d/b/a TitleMax - Case 01-22-0003-9803

Good Morning,

Thank you for your payment. This case has been reopened and the American Arbitration Association will proceed with administration.

This matter has been assigned to the appropriate center for administration. Once a case manager reviews the case they will send out an initiation letter to the parties with future deadlines.

We appreciate you choosing the AAA as your dispute resolution service provider.

Per the AAA rules all parties must be copied on all correspondence. We kindly remind the parties to copy each other on all correspondence. We have copied all parties on this email as per our Rules.

Thank You,
Consumer Filing Team




**Consumer Case Filing Team**

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

| | |
|---|---|
| From: | Consumer Case Filing Team <ConsumerFiling@adr.org> |
| Sent: | Tuesday, November 15, 2022 10:34 AM |
| To: | Will.Farley@troutman.com; adrienne.rowberry@titlemax.com |
| Cc: | Consumer Case Filing Team; Drew Brown |
| Subject: | RE: Dorothy Ransom v. TitleMax of South Carolina, Inc. d/b/a TitleMax - Case 01-22-0003-9350 |

Good Afternoon,

Thank you for your payment. This case has been reopened and the American Arbitration Association will proceed with administration.

This matter has been assigned to the appropriate center for administration. Once a case manager reviews the case they will send out an initiation letter to the parties with future deadlines.

We appreciate you choosing the AAA as your dispute resolution service provider.

Per the AAA rules all parties must be copied on all correspondence. We kindly remind the parties to copy each other on all correspondence. We have copied all parties on this email as per our Rules.

Thank You,
Consumer Filing Team




**Consumer Case Filing Team**

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



NPT's BEST NONPROFITS TO WORK FOR ★2022★

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**Drew Brown**

| | |
|---|---|
| **From:** | Consumer Case Filing Team <ConsumerFiling@adr.org> |
| **Sent:** | Monday, November 14, 2022 2:34 PM |
| **To:** | Will.Farley@troutman.com; adrienne.rowberry@titlemax.com |
| **Cc:** | Consumer Case Filing Team; Drew Brown |
| **Subject:** | RE: Jennifer Sergeant v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0003-9353 |

Good Afternoon,

Thank you for your payment. This case has been reopened and the American Arbitration Association will proceed with administration.

This matter has been assigned to the appropriate center for administration. Once a case manager reviews the case they will send out an initiation letter to the parties with future deadlines.

We appreciate you choosing the AAA as your dispute resolution service provider.

Per the AAA rules all parties must be copied on all correspondence. We kindly remind the parties to copy each other on all correspondence. We have copied all parties on this email as per our Rules.

Thank You,
Consumer Filing Team




**Consumer Case Filing Team**

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**Drew Brown**

| | |
|---|---|
| **From:** | Consumer Case Filing Team <ConsumerFiling@adr.org> |
| **Sent:** | Monday, November 14, 2022 2:33 PM |
| **To:** | Will.Farley@troutman.com; adrienne.rowberry@titlemax.com |
| **Cc:** | Consumer Case Filing Team; Drew Brown |
| **Subject:** | RE: Gregory Sloan v. TitleMax of South Carolina, Inc. d/b/a TitleMax - Case 01-22-0003-9352 |

Good Afternoon,

Thank you for your payment. This case has been reopened and the American Arbitration Association will proceed with administration.

This matter has been assigned to the appropriate center for administration. Once a case manager reviews the case they will send out an initiation letter to the parties with future deadlines.

We appreciate you choosing the AAA as your dispute resolution service provider.

Per the AAA rules all parties must be copied on all correspondence. We kindly remind the parties to copy each other on all correspondence. We have copied all parties on this email as per our Rules.

Thank You,
Consumer Filing Team



**Consumer Case Filing Team**

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

| | |
|---|---|
| From: | Consumer Case Filing Team <ConsumerFiling@adr.org> |
| Sent: | Monday, November 14, 2022 2:32 PM |
| To: | Will.Farley@troutman.com; adrienne.rowberry@titlemax.com |
| Cc: | Consumer Case Filing Team; Drew Brown |
| Subject: | RE: Gloria Calhoun v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0003-9351 |

Good Afternoon,

Thank you for your payment. This case has been reopened and the American Arbitration Association will proceed with administration.

This matter has been assigned to the appropriate center for administration. Once a case manager reviews the case they will send out an initiation letter to the parties with future deadlines.

We appreciate you choosing the AAA as your dispute resolution service provider.

Per the AAA rules all parties must be copied on all correspondence. We kindly remind the parties to copy each other on all correspondence. We have copied all parties on this email as per our Rules.

Thank You,
Consumer Filing Team



**Consumer Case Filing Team**

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**Drew Brown**

| | |
|---|---|
| **From:** | Consumer Case Filing Team <ConsumerFiling@adr.org> |
| **Sent:** | Monday, November 14, 2022 2:31 PM |
| **To:** | Will.Farley@troutman.com; adrienne.rowberry@titlemax.com |
| **Cc:** | Consumer Case Filing Team; Drew Brown |
| **Subject:** | RE: Cynia Anderson v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0003-9349 |

Good Afternoon,

Thank you for your payment. This case has been reopened and the American Arbitration Association will proceed with administration.

This matter has been assigned to the appropriate center for administration. Once a case manager reviews the case they will send out an initiation letter to the parties with future deadlines.

We appreciate you choosing the AAA as your dispute resolution service provider.

Per the AAA rules all parties must be copied on all correspondence. We kindly remind the parties to copy each other on all correspondence. We have copied all parties on this email as per our Rules.

Thank You,
Consumer Filing Team



**Consumer Case Filing Team**

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.