IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AARON GOINES, et al.,<br><br>Plaintiffs/Counter Defendants,<br><br>v.<br><br>TITLEMAX OF VIRGINIA, INC., et al.,<br><br>Defendants/Counter Claimants. | Case No. 1:19-cv-489 |

## JOINT STATUS REPORT

Plaintiffs and Defendants jointly submit this status report. As described in the parties' prior reports, the parties continue to actively arbitrate numerous matters in all these companion matters, *Goines* (No. 19-cv-489), *Nicholson* (No. 19-cv-490), and *Richards* (No. 20-cv-347). In particular, the undersigned can report as follows:

1. Arbitrators have finally ruled in this Summer's arbitrations and motions to confirm have been filed.

2. An additional fifteen cases were ruled on by arbitrators on November 23, 2022.

3. The Fourth Circuit has stayed TitleMax's appeal pending rulings from this Court in the arbitration awards of William Needle.

4. The parties have tried several more arbitrations this Fall. There is another round of five (5) arbitrations set for December.

5. Over 15 other arbitrations have been set by arbitrators for January and February, 2023.

The parties will report back to the Court with another joint report in ninety (90) days.

Respectfully submitted this 30th day of November, 2022.

| | |
|---|---|
| */s/ Andrew H. Brown* | */s/ William J. Farley, III.* |
| Andrew H. Brown, | William J. Farley, III |
| BROWN, FAUCHER, PERALDO & BENSON, PLLC | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| 822 N. Elm St., Suite 200 | 301 S. College Street, 34th Floor |
| Greensboro, NC 27401 | Charlotte, NC 28202 |
| Phone: (336) 478-6000 | Phone: (704) 998-4099 |
| Email: drew@greensborolawcenter.com | Email: will.farley@troutman.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

125189516