## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AARON GOINS et al.,                          )
                                             )
     Plaintiffs/Counter Defendants,      )
                                             )
v.                                           )
                                             )    Civil Action No. 19-cv-489
                                             )
TITLEMAX OF VIRGINIA, et al.,                )
                                             )
     Defendants/Counter Claimants.       )

## PRISCILLA YOUNGER'S RESONSE TO TITLEMAX'S MOTION TO CONFIRM AWARD

While Younger disagrees with the Arbitrator's Award, she does not move this Court to set it aside. Doing so would not be in good faith given so many reasonable Arbitrators disagree here. TitleMax continues to choose that tactic every time it loses. Younger offered to simply do a Consent Dismissal of her case so as not to take this Court's time. TitleMax did not respond, nor suggest a consent Order. Instead, TitleMax takes this Court's time unnecessarily once again. Claimant has no objection to the proposed Order other than to note that the Court should dismiss the counterclaims that are pending against Ms. Younger as well. TitleMax did not pursue those in the Arbitration. Claimant only files this response so that the Court need not take the time to wonder why a response was not filed.

1

This is the 8th day of February, 2023

*/s/ Andrew H. Brown*
Andrew H. Brown
N.C. State Bar No. 28450
Attorney for Plaintiffs

**FOR THE FIRM:**
**BROWN, FAUCHER, PERALDO & BENSON, PLLC**.
822 North Elm Street, Suite 200
Greensboro, NC 27401
(336) 478-6000 (telephone)
drew@greensborolawcenter.com

2

## CERTIFICATE OF WORD COUNT

I hereby certify that the foregoing document complies with the word count limits contained in LR 7.3(d)(1).

/s/ Andrew H. Brown
Andrew H. Brown
N.C. State Bar No. 28450
Attorney for Plaintiffs

**FOR THE FIRM:**

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**.
822 North Elm Street, Suite 200
Greensboro, NC  27401
(336) 458-0058 (telephone)
(336) 273-5597 (facsimile)
drew@greensborolawcenter.com

3