IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AARON GOINES, et al., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> TITLEMAX OF VIRGINIA, INC., et al, <br><br> Defendants/Counter-Plaintiffs. | 1:19-CV-489 |

## SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY

NOW COME Plaintiffs pursuant to LR Rule 7.3(i) and file this Suggestion of Subsequently Decided Authority. The North Carolina Supreme Court today has denied the Petition for Discretionary Review ("PDR") in the *Auto Money* cases. (Exhibit A). Further, Auto Money had raised all issues, including the Dormant Commerce Clause, before the Supreme Court in its PDR. (Exhibit B).

This the 6th day of April, 2023.

s/ Andrew H. Brown
Andrew H. Brown (NCSB 28450)
Brown, Faucher, Peraldo & Benson, PLLC
828 N. Elm Street, Suite 200
Greensboro, NC 27401
T: 336.478.6000
F: 336.273.5597
E: drew@greensborolawcenter.com

*Counsel for Plaintiffs/Counter-Defendants*
